UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-23528-UU

**JEAN MURAT,**
and other similarly situated individuals,

    Plaintiff(s),

vs.

**MTS TAXES & MORE, LLC D/B/A TAX USA,**
a Florida Limited Liability Company,
**MITCHLIN DELIVRANCE,** individually,
and **FINDER DELIVRANCE,** individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO: MTS TAXES & MORE, LLC D/B/A TAX USA** through its Registered Agent:

    MITCHLIN DELIVRANCE
    2201 SEACREST BLVD
    DELRAY BEACH, FL 33444

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    ANTHONY M. GEORGES-PIERRE, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET
    SUITE 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS    09/21/2015
                DATE

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

15-cv-23528-UU

**JEAN MURAT,**
and other similarly situated individuals,

 Plaintiff(s),

vs.

**MTS TAXES & MORE, LLC D/B/A TAX USA,**
a Florida Limited Liability Company,
**MITCHLIN DELIVRANCE,** individually,
and **FINDER DELIVRANCE,** individually,

 Defendants.
_____/

### SUMMONS IN A CIVIL CASE

**TO:**

 MITCHLIN DELIVRANCE
 2201 SEACREST BLVD
 DELRAY BEACH, FL 33444

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

 ANTHONY M. GEORGES-PIERRE, ESQ.
 REMER & GEORGES-PIERRE, PLLC.
 44 WEST FLAGLER STREET
 SUITE 2200
 MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Steven M. Larimore
Clerk of Court

**SUMMONS**    09/21/2015
       DATE

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts